THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 30, 2018



Brett H. Ludwig
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

_____

In re:                                            Chapter 13
CATHI ELLEN GOLOMSKI,            Case No. 17-25524-BHL
     Debtor.

_____

ORDER DENYING MOTION BY MTGLQ INVESTORS, L.P. FOR RELIEF
FROM AUTOMATIC STAY AND ABANDONMENT

_____

The hearing on debtor's objection to the motion by MTGLQ Investors, L.P. ("Movant") for relief from automatic stay and abandonment having come before the Honorable Brett H Ludwig, United States Bankruptcy Judge, on May 22, 2018; and

      Attorney Jill M. Campo having appeared on behalf of debtor, Cathi Ellen Golomski; and

      Trustee Scott Lieske having appeared on behalf of the office of the Chapter 13 Trustee; and

      O'Dess and Associates, S.C., by D. Alexander Martin, having appeared on behalf of the

Drafted by:

    O'Dess and Associates, S.C.
    1414 Underwood Avenue, Suite 403
    Wauwatosa, Wisconsin 53213
    (414) 727-1591
    (414) 727-1590 fax

1

Movant; and,

Based upon the statements of counsel, the files and proceedings had herein, and good cause existing to deny the motion subject to conditions:

IT IS ORDERED that the motion is denied subject to Movant's right to renew the motion for relief and abandonment for the remainder of this case by letter request to the court and without having to pay an additional filing fee in the event debtor fails to, for any reason, timely make any post-petition monthly mortgage payments or breaches any of the remaining terms and conditions of the note and mortgage or the order confirming her chapter 13 plan.

This order is effective immediately upon execution by this court.

# # # # #