UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

CHANGE OF ADDRESS – **CREDITOR**

In re: __Cathi Ellen Golomski__   Case Number: __17-25524-bhl__

Chapter: __13__

Check what type of address change is being requested:
- [ ] Payment
- [✓] Notice

Enter any related Claim Number(s) affected, if applicable: __12__

Creditor's Name: __MTGLQ Investors, LP__

Previous Address: __c/o Selene Finance LP, as Servicer__
Street Address
__9990 Richmond Avenue, Suite 400 South, Houston, TX 77042__
City, State and Zip Code

Current Address: __c/o Rushmore Loan Management Services, LLC, as Servicer__
Street Address
__P.O. Box 55004, Irvine, CA 92619-2708__
City, State and Zip Code

Change Requested By: __Atty. Chris R. Velnetske__
Print or Type Name

_[signature]_
Signature

Creditor Phone Number: __1-888-699-5600__

Creditor Email Address: _____

■ This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

PRINT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

## CHANGE OF ADDRESS – **CREDITOR**

In re: **Cathi Ellen Golomski**　　　Case Number: 17-25524-bhl

　　　　　　　　　　　　　　　　　Chapter: 13

Check what type of address change is being requested:
- [✓] Payment
- [ ] Notice

Enter any related Claim Number(s) affected, if applicable: 12

Creditor's Name: **MTGLQ Investors, LP**

Previous Address: **c/o Selene Finance LP, as Servicer**
Street Address
9990 Richmond Avenue, Suite 400 South, Houston, TX 77042
City, State and Zip Code

Current Address: c/o Rushmore Loan Management Services, LLC, as Servicer
Street Address
**P.O. Box 52708, Irvine, CA 92619-2708**
City, State and Zip Code

Change Requested By: Atty. Chris R. Velnetske
Print or Type Name

_[signature]_
Signature

Creditor Phone Number: **1-888-699-5600**

Creditor Email Address: _____

■ This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

PRINT

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

In Re:                                                    Chapter 13

Cathi Ellen Golomski
                                                          Case 17-22524-bhl
SS# ###-##-8032

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 16 , 2019, a Change of Address-Creditor (Notices) and a Change of Address-Creditor (Payments) was electronically filed in this case and served upon the following parties using the ECF system:

Trustee Scott Lieske

US Trustee Eastern District

Atty. Jeffrey K. Fields

      I further certify that on the same date, I mailed the same document(s) by the United States Postal Service to the following non-ECF participants:

Cathi Ellen Golomski
2920 South 10th Street
Milwaukee, WI 53215

Dated this 16th day of August, 2019

Atty: Chris R. Velnetske
Velnetske Law Offices, LLC

**Velnetske Law Offices, LLC is attempting to collect a debt and any information obtained will be used for that purpose. If you have filed for bankruptcy and are seeking to discharge your personal obligation to pay or you have previously received a Chapter 7 discharge from bankruptcy <u>this correspondence should not be construed as an attempt to collect a debt or hold you personally liable for the debt</u>.**